# Court of Appeals
# of the State of Georgia

ATLANTA, June 15, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1556. VAN WILLET v. THE STATE.**

In 2019, Van Willet pleaded guilty to being a habitual violator of driving offenses, and the trial court sentenced him to five years to be served on probation. On April 14, 2021, the court revoked Willet's probation. Proceeding pro se, Willet filed this direct appeal. We lack jurisdiction.

An application for discretionary appeal is required to appeal an order revoking probation. See OCGA § 5-6- 35 (a) (5); *Todd v. State*, 236 Ga. App. 757, 758 (513 SE2d 287) (1999) (holding that where the underlying subject matter is probation revocation, the discretionary appeal procedure applies). Willet's failure to follow the required appellate procedure deprives us of jurisdiction. Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 06/15/2021

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.